UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 09-CR-181-KKC

UNITED STATES OF AMERICA                                                   PLAINTIFF

v.                    **MEMORANDUM OPINION AND ORDER**

BRYAN COFFMAN,
MEGAN COFFMAN,
VADIM TSATSKIN, aka VICTOR TSATSKIN, and
GARY MILBY                                                    DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on several discovery-related motions filed by the Defendants.

Defendant Bryan Coffman has filed the following motions: Motion to Compel Disclosure of Brady Material (DE 98), Motion for Production of Favorable Evidence (DE 100), Motion Requesting Jencks Act Evidence (DE 101), Motion for Summaries of Expert Witness Testimony (DE 102), and Motion Requesting Discovery Under Federal Rule of Criminal Procedure 16(a) (DE 103).

Defendant Megan Coffman has filed the following motions: Motion for Order Requiring the Government to Give Notice of its Intention to Use Evidence of Other Crimes, Wrongs, or Bad Acts (DE 107), Motion for Brady/Giglio Evidence (DE 110), and Motion to Compel Discovery (DE 112).

Defendant Gary Milby has moved the Court to join in these various Co-Defendants'

Motions (DE 119).

These motions have been fully briefed and are ripe for a decision.

On December 16, 2009, the Court, upon its own motion, entered a general order of discovery, providing instructions regarding the disclosure of *Brady* material, Jencks Act material, material covered by Federal Rule of Criminal Procedure 16, and Rule 404(b) evidence. (DE 18). In light of this order, and the fact that the Government acknowledges its ongoing duty to disclose discoverable materials, the foregoing discovery motions will be denied as moot. The Court recognizes that there is an outstanding attorney-client privilege issue relating to documents seized by the Government in this matter; the Court has ordered the parties to brief this issue (DE 97), which they have (DE 106, 117, 123), and any ruling on this matter will be by SEPARATE ORDER.

Accordingly, **IT IS HEREBY ORDERED** that:

(1) Defendant Gary Milby's Motion for Joinder in Co-Defendants' Motions (DE 119) is **GRANTED**; and

(2) Defendants' Motions DE 98, 100, 101, 102, 103, 107, 110, 112 are **DENIED AS MOOT**. If the Government fails to comply with its statutory or procedural duties, the Defendants may renew their motions.

So ordered this 28th day of September, 2010.



Signed By:
*Karen K. Caldwell*
United States District Judge