UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

CRIMINAL ACTION NO. 09-CR-181-KKC

UNITED STATES OF AMERICA     PLAINTIFF

v.     **MEMORANDUM OPINION AND ORDER**

BRYAN COFFMAN,
MEGAN COFFMAN,
VADIM TSATSKIN, aka VICTOR TSATSKIN, and
GARY MILBY     DEFENDANTS

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Megan Coffman's motion to join in her co-defendant Bryan Coffman's response regarding the *lis pendens* issue pending in this case.

The Court, having reviewed the motion and being otherwise sufficiently advised,

**HEREBY ORDERS** that Defendant Megan Coffman's motion (DE 154) is **GRANTED**.

So ordered this 22nd day of October, 2010.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**